USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                        :

I MEMORY NAIL SPA INC.,

                                   Plaintiff,

                                   1:22-cv-7071-GHW

-against-

                                   ORDER

HANOVER INSURANCE COMPANY,

                                 Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on August 19, 2022.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than September 2, 2022.  Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.  Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated:  August 23, 2022
        New York, New York

                                                                      _____
                                                                        GREGORY H. WOODS
                                                                     United States District Judge