**FINAZZO COSSOLINI O'LEARY
MEOLA & HAGER, LLC**

Counselors at Law

**Brendan M. Wengerter, Esq.**
brendan.wengerter@finazzolaw.com
Direct Dial: (973) 343-4979

67 East Park Place, Suite 901
Morristown, NJ 07960
Main (973) 343-4960
Fax (973) 343-4970
www.finazzolaw.com

New York Office
5 Penn Plaza, 23rd Floor
New York, NY 10001
Main (646) 378-2033
Fax (646) 378-2001

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/23
```

February 9, 2023

<u>Via ECF</u>
Honorable Barbara C. Moses, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20A
New York, New York 10007

**MEMO ENDORSED**

Re:   I Memory Nail Spa Inc. v. Hanover Insurance Company
      Civil Action No.: 1:22-cv-7071-JLR-BCM

Dear Your Honor:

We represent defendant Hanover Insurance Company in the above-referenced matter. We respectfully submit this letter jointly with Plaintiff's counsel regarding the parties' February 21, 2023 settlement conference with Your Honor. On February 3, 2023, the parties filed a joint letter-motion to Judge Rochon seeking an amended scheduling order for an extension of discovery deadlines. *See* Dkt. Entry 22. Further, for the reasons stated therein, the parties sought the Court's approval to adjourn the February 21 settlement conference in light of the remaining fact discovery.

By text order dated February 6, 2023, Judge Rochon granted the parties' request and directed the parties to contact Your Honor to reschedule the settlement conference. *See* Dkt. Entry 23. After conferring with Plaintiff's counsel, the parties respectfully request that the settlement conference be rescheduled to May 18, 2023. An afternoon conference is preferred to accommodate our client representative traveling from out of state. Should this proposed date not be available for Your Honor, kindly have a member of Your Honor's staff contact us and the parties will confer on an alternative date.

We thank Your Honor for your time and attention in this matter.

Respectfully submitted,

*/s/ Brendan M. Wengerter*

BRENDAN M. WENGERTER

---

Application GRANTED. The February 21, 2023 settlement conference is ADJOURNED to **May 18, 2023, at 2:15 p.m.** The parties' confidential settlement submissions are due no later than **May 11, 2023**. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
February 10, 2023

Hon. Barbara C. Moses, U.S.M.J.
February 9, 2023
Page **2** of **2**

cc:     **Via ECF**
       Frank P. Winston, Esq.
       Jacob L. Levine, Esq.
       Jonathan M. Zagha, Esq.
       Jeremiah L. O'Leary, Esq.